IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GREEN,<br><br>    Plaintiff,<br><br>  v.<br><br>MINNESOTA LIFE INSURANCE CO.;<br>STANDARD INSURANCE CO.; and DOES 1<br>through 10,<br><br>    Defendants. | No. C 05-02410 JSW<br><br>**ORDER VACATING HEARING<br>AND SETTING BRIEFING<br>SCHEDULE** |

IT IS ORDERED that the hearing on plaintiff David B. Green's motion to remand in the above captioned matter currently scheduled for hearing on January 6, 2006 is HEREBY VACATED. The Court FURTHER ORDERS that any opposition to this motion shall be due on September 2, 2005, and movant's reply, if any, shall be due on September 9, 2005. The Court will reset a hearing on this matter if necessary.

**IT IS SO ORDERED.**

Dated: August 19, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE