```
                                    RECEIVED
                                  05 JUL -6 PM 1:07

                                  RICHARD W. WIEKING
                                CLERK, U.S. DISTRICT COURT
                               NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David B. Green | CASE NO. C 05 02410 JSW |
| Plaintiff(s), | |
| v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| Minnesota Life Insurance Company, Standard Insurance Company, et al. Defendant(s). | |

Lisa A. Kaner _____, an active member in good standing of the bar of Oregon _____, whose business address and telephone number is 1211 SW Fifth Avenue, Suite 3000, Portland, OR 97204 (503) 295-3085 _____,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Def Minnesota Life and Standard,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 2 3 2005

_____
United States District/Magistrate Judge